IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN GRAY,

      Appellant,

v.

DAMIL BELIZAIRE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2109

Opinion filed July 31, 2014.

An appeal from the Circuit Court for Duval County.
W. Gregg Mccaulie, Judge.

Michael M. Giel, Stephanie Miles, Brandon G. Cathey, and Robin Angela Horton of Swope Rodante PA, Jacksonville, for Appellant.

Jessica L. Lanifero, Carey N. Bos, and Angela C. Flowers of Kubicki Draper, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR AND OSTERHAUS, JJ., AND SHEPHERD, FRANK A., ASSOCIATE JUDGE, CONCUR.